

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK:APW
F. #2020R00673

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2020

By E-mail

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Elijah Song
      Docket No. 20-MJ-624 (SMG)

Dear Judge Gold:

  The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

           Respectfully submitted,

          SETH D. DUCHARME
          Acting United States Attorney

       By:  /s/
          Andrew P. Wenzel
          Assistant U.S. Attorney
          (718) 887-1294

Enclosure

cc: Clerk of Court (by ECF)
   Nicholas Ramcharitar, Esq.

SK:APW
F.# 2020R00673

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ELIJAH SONG,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

No. 20-MJ-624 (SMG)

  Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew P. Wenzel, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

  WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
    Aug. 3, 2020_____, 2020

*Steven M. Gold*
_____
HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK